IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACK BARRESI, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:25-cv-347-HEH
)
COMMONWEALTH OF VIRGINIA, *et al.*, )
)
    Respondent. )

**MEMORANDUM OPINION**
(Dismissing Habeas Petition Without Prejudice)

    Petitioner, a prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 4, 2025, the United States Postal Service returned a May 21, 2025 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED" because Petitioner apparently has relocated. Since that date Petitioner has not provided the Court with a current address. Accordingly, the action will be dismissed without prejudice.

    An appropriate order will accompany this Memorandum Opinion.

                                                              /s/
                                                             Henry E. Hudson
Date: July 9, 2025                                Senior United States District Judge
Richmond, Virginia